435 A.2d 924

Commonwealth v. Neal, Appellant.

Submitted May 22, 1981.

Timothy M. Carland, Assistant Public Defender, for appellant; Edward J. Tocci, District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

Judgment of sentence affirmed.